NO.
12-07-00135-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

TARA LONJELLE DLONIAK,       §          APPEAL
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            On February
6, 2006, Appellant pleaded guilty to felony possession of a controlled
substance and was placed on deferred adjudication community supervision for
eight years.  On February 27, 2007, the
State filed an application to proceed to final adjudication, which the trial
court granted.  Appellant pleaded true to
seven paragraphs in the application, following which the trial court found her
guilty of felony possession of a controlled substance and assessed punishment
at twenty years of imprisonment and a $20,000 fine.  We have received the trial court’s
certification showing that Appellant waived her right to appeal.  See Tex.
R. App. P. 25.2(d).  The clerk’s
record supports the trial court’s certification.  Accordingly, the appeal is dismissed
for want of jurisdiction.

Opinion delivered April 11,
2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

(DO NOT PUBLISH)